Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:  (212) 226-5085

Attorneys for Plaintiff
Electric Visual Evolution, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ELECTRIC VISUAL EVOLUTION, LLC.         :

      Plaintiff,                      :
                                                    07 Civ. 9321 (PKC)
v.                                      :
                                                    NOTICE OF APPEARANCE
                                        :
ELECTRIC EEL, INC.
                                        :   ECF
      Defendant.
                                        :

                                        :

------------------------------------ x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Plaintiff Electric Visual Evolution, LLC in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York                  Powley & Gibson, P.C.
       October 24, 2007

                                    By: ___s/ David J. Lorenz___
                                            David J. Lorenz (DL 3072)

                                            Attorney for Plaintiff
                                            Electric Visual Evolution, LLC

                                            Powley & Gibson, P.C.
                                            304 Hudson Street, 2nd Floor
                                            New York, New York  10013
                                            Phone: 212-226-5054
                                            Fax:    212-226-5085

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR DAVID J. LORENZ was served upon counsel for Defendant by First-Class Mail, postage prepaid, on this 24th day of October, 2007, addressed as follows:

>Moshe Sasson, Esq.
>Sasson & Blaivas LLP
>100 Park Avenue, 16th Floor
>New York, New York 10017
>(212) 949-7501

*Julio E. Lopez*
Julio E. Lopez