INDEX #:  07 CIV 9321
Date Filed:  October 17, 2007
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT:**

Attorneys:  POWLEY GIBSON, P.C.    PH: 212-226-5054
Address:    304 HUDSON STREET, 2ND FLR   NEW YORK  NY  10013    File No.:

*ELECTRICAL VISUAL EVOLUTION, LLC*

*vs*

*ELECTRIC EEL, INC.*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Markland J. Harrison_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___October 18, 2007___ at ___4:12pm___,

at _____1328 BROADWAY, Suite 527, NEW YORK, NY 10001_____, deponent served the within

_____Summons and Complaint, Civil Cover Sheen, Rule 7.1 Statement & Exhibits._____

on: _____**ELECTRIC EEL, INC.**_____, _____**Defendant**_____ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to_____MR. LIN_____ personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to_____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail #_____

**#6 DESCRIPTION** [X]
(use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex:__Male__    Color of skin:__Asian__    Color of hair:__Black__    Age:__30 - 40 Yrs.__    Height:__5' 4" - 5' 8"__
Weight:__131 - 160 Lbs.__    Other Features: Moustache, Glasses

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___October 18, 2007___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 07027709

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*