Charles P. LaPolla (CL 0156)
Stephen J. Quigley (SQ 6847)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELECTRIC VISUAL EVOLUTION, LLC, | 07 Civ. 9321 (PKC) |
| Plaintiff, | ECF CASE |
| v. | |
| ELECTRIC EEL, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearances of Charles P. LaPolla and Stephen J. Quigley, members in good standing of the Bar of the State of New York and admitted to practice in the Southern District of New York, as counsel for Defendant in this case. Messrs. LaPolla and Quigley have the following address:

>OSTROLENK, FABER, GERB & SOFFEN, LLP
>1180 Avenue of the Americas, 7th Floor
>New York, New York 10036-8403
>Phone: (212) 382-0700
>Facsimile: (212) 382-0888
>E-mail: *clapolla@ostrolenk.com; squigley@ostrolenk.com*

Dated: New York, New York
November 6, 2007

Respectfully submitted,

_____
Charles P. LaPolla (CL 0156)
Stephen J. Quigley (SQ 6847)

OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Attorney for Defendants

{00880737.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF CHARLES P. LAPOLLA and STEPHEN J. QUIGLEY** was served upon counsel for Plaintiff by e-mail and first class mail, postage prepaid, on this 6th day of November, 2007, addressed as follows:

> David J. Lorenz, Esq.
> Powley & Gibson, P.C.
> 304 Hudson Street, 2nd Floor
> New York, NY 10013

_____
Stephen J. Quigley