Charles P. LaPolla (CL 0156)
Stephen J. Quigley (SQ 6847)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELECTRIC VISUAL EVOLUTION, LLC, | 07 Civ. 9321 (PKC) |
| Plaintiff, | ECF CASE |
| v. | |
| ELECTRIC EEL, INC., | |
| Defendant. | |

## **FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Electric Eel, Inc., (Defendant) certifies that the following are corporate or other parents, subsidiaries, or affiliates of Defendant, securities or other interests in which are publicly held:

**NONE**

Dated: New York, New York
November 16, 2007

_____
Charles P. LaPolla (CL 0156)
Stephen J. Quigley (SQ 6847)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888
Attorneys for Defendant

{00884142.1}

## **CERTIFICATE OF SERVICE**

It is hereby certified that in addition to e-mail service by the court through ECF, a true copy of FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT is being served on this 16 day of November, 2007 upon counsel for Plaintiff via First Class U.S. Mail as follows:

>James M. Gibson, Esq.
>David J. Lorenz, Esq.
>Powley & Gibson, P.C.
>304 Hudson Street, 2nd Floor
>New York, NY 10013

*[signature]*

{00884142.1}