Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:  (212) 226-5085

Attorneys for Plaintiff,
Electric Visual Evolution, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| ELECTRIC VISUAL EVOLUTION, LLC. | : |
| Plaintiff, | : |
| | **CASE NO. 07 Civ. 9321 (PKC)(RLE)** |
| v. | |
| | : |
| | **Amended Rule 7.1 Statement** |
| ELECTRIC EEL, INC. | : |
| Defendant. | : |

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Electric Visual Evolution, LLC certifies that on January 17, 2008, Electric Visual Evolution, LLC became a wholly owned subsidiary of Volcom, Inc., a publicly traded company that owns one hundred percent (100%) of Electric Visual Evolution, LLC.

Date:   February 15, 2008

                                              s/ David J. Lorenz
                                              Robert L. Powley (RP7674)
                                              James M. Gibson (JG9234)
                                              David J. Lorenz (DL 3072)
                                              Powley & Gibson, P.C.
                                              304 Hudson Street, 2nd Floor
                                              New York, New York 10013
                                              Telephone: (212) 226-5054
                                              Facsimile: (212) 226-5085

                                              Attorneys for Plaintiff
                                              Electric Visual Evolution, LLC