```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRIC VISUAL EVOLUTION, LLC,

                **Plaintiff,**

   - against -

ELECTRIC EEL, INC.,

                **Defendant.**

**ORDER**

07 Civ. 9321 (PKC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an initial settlement conference on February 28, 2008, and submissions to the Court by the Parties,

**IT IS HEREBY ORDERED THAT** the Parties appear before the Court for a settlement conference on **April 17, 2008, at 11:30 a.m.**

**SO ORDERED this 7th day of April 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge