USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08



BY HAND

April 10, 2008

Honorable Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

        Re:   *Electric Visual Evolution, LLC v. Electric Eel, Inc.*
              07 Civ. 9321 (PKC)(RLE)
              Our Ref. No. 112.201

Powley & Gibson, p.c.
304 Hudson Street
2nd Floor
New York, NY 10013
212.226.5054
F 212.226 5085
powleygibson.com

Your Honor:

       We represent plaintiff, Electric Visual Evolution, LLC (hereinafter "Electric Visual") in the above-referenced matter and write to request that the settlement conference currently scheduled for April 17, 2008 at 11:30 a.m. be rescheduled to May 8, 2008 at 11:30 a.m.

       Counsel for Electric Visual has a matter in California that it must attend to and can not reschedule. As a result, we request that the settlement conference be rescheduled to May 8, 2008 at 11:30 a.m. We have discussed the rescheduling of the settlement conference with counsel for Defendant and he is available.

       We apologize for any inconvenience we may have caused to Your Honor.

       If you have any questions, please contact the undersigned.

Respectfully,

James M. Gibson

**SO ORDERED** 4-11-08
MAGISTRATE JUDGE RONALD L. ELLIS

Cc: Charles P. LaPolla, Esq. (via facsimile)