```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELECTRIC VISUAL

        Plaintiff(s),

   - against -

ELECTRIC EEL

        Defendant(s).

------------------------------------------------------------x

07 Civ. 9321 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _August 5, 2008_.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to _October 3, 2008_.

3. Other directions to the parties:

    *June 13 Conference is vacated.*

4. The next Case Management Conference [the Final Pretrial Conference] will be held on _September 12, 2008_ at _10:30_ am/pm. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        5-6-08